# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Theron Preston Washington,

    Plaintiff(s),                        JUDGMENT IN A CIVIL CASE

vs.                                         3:11cv620

Butner Federal Correctional Institution,

    Defendant(s).

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's December 20, 2011 Order.

                                         Signed: December 20, 2011

                                         Frank G. Johns, Clerk
                                         United States District Court